JUNE 2, 1803.

# Wm. Hunter *v.* Wm. Webber.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Jessamine county.*

A defendant against whom an office judgment has been taken and a writ of inquiry ordered, has a right, upon tendering special bail, to have the judgment and writ set aside, and to plead to issue.

The court erred in not permitting Hunter, who was the defendant in the original suit, to give special bail, set aside the writ of inquiry, and plead to issue, before the jury was sworn in the cause. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside; that the cause be remanded to the circuit court of Jessamine county, and placed on the issue docket, that the said defendant may have an opportunity of setting aside the office judgment, by giving special bail and pleading to issue, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.